FILED

JAN 28  11 55 AM '11

U.S. MAG... JUDGE
BY_____

1 | DANIEL G. BOGDEN
United States Attorney
2 | BRADLEY GILES
Assistant United States Attorney
3 | 333 Las Vegas Boulevard South
Suite 5000
4 | Las Vegas, Nevada 89101
(702) 388-6336
5 | Fax (702) 388-6698

6 |

**UNITED STATES DISTRICT COURT**

7 |

**DISTRICT OF NEVADA**

8 |

-oOo-

9 |

10 | UNITED STATES OF AMERICA )
                                        )
11 | vs                                  )
                                        )
12 | CHATTEL KNOWN AS                    )       2:10-mj-924-LRL
     HP PAVILION ELITE HPE-2210Y        )
13 | DESKTOP COMPUTER                    )
     BLACK IN COLOR                      )
14 | SERIAL #: 4CE0050WGG                )
                                        )
15 | _____)

16 |

17 | **GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT**

18 |              COMES NOW the United States of America, by and through Daniel G. Bogden, United

19 | States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal

20 | the Affidavit together with the Application, Return and the Court's Order for purposes of discovery

21 | in the above-captioned matter.

22 | . . .

23 | . . .

24 | . . .

25 | . . .

26 | . . .

1          Unsealing is necessary to permit the Government to copy and distribute the above

2    referenced documents to the defense.

3

4          DATED this 24th day of January, 2011.

5

6                                   Respectfully submitted,

7                                   DANIEL G. BOGDEN
                                    United States Attorney
8

9

10                                  BRADLEY GILES
                                    Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2

FILED

JAN 28   11 55 AM '11

U.S. MAG. . . . . IUDGE

BY_____

1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8                                -oOo-

9
   UNITED STATES OF AMERICA                )
10                                          )
   vs                                       )
11                                          )
   CHATTEL KNOWN AS                         )        2:10-mj-924-LRL
12 HP PAVILION ELITE HPE-2210Y              )
   DESKTOP COMPUTER                         )
13 BLACK IN COLOR                           )
   SERIAL #: 4CE0050WGG                     )
14 _____ )

15

16

17            Based on Government's Application for an Order to Unseal the Affidavit together with

   the Application, Return and the Court's Order issued in the above-captioned matter and good cause
18
   appearing, therefor
19
              IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be
20
   unsealed.
21

22            DATED this _28th_ day of January, 2011.

23

24                                          UNITED STATES MAGISTRATE JUDGE

25

26

                                              3